**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**


LINDA WILLIAMS, ET AL.                                              PLAINTIFFS

vs.                                              Civil Action No. 3:05-cv-310WS

BAYER CORPORATION AND
JOHN DOES 1-5                                                       DEFENDANTS

## ORDER

    This cause has been transferred to the United States District Court for the Western

District of Washington.  Consequently, the motions which were pending at the time of

transfer [**docket nos. 5, 6 & 8**] are hereby administratively terminated.



    **SO ORDERED, this the 30th day of August, 2006.**



                                        **s/ HENRY T. WINGATE**

                                        _____
                                        **CHIEF UNITED STATES DISTRICT JUDGE**